
PLAINTIFF'S EXHIBIT 1 CB
Blumberg No. 5113

**State of Georgia**
**Peace Officer Standards and Training Council**
**Network Data Gateway**

# Data Report System
## Individual Officer Profile

*Created: 08-25-2015 08:08*
*Requested by: Jill Perry*


O136818

| | |
|---|---|
| Officer Key | O136818 |
| Officer Name | CASEY T BENTON |
| Race | White (Not Hispanic or Latino) |
| Height | 6' 0" |
| Weight | 170 |
| Hair Color | Brown |
| Eye Color | Blue |
| Education | High School Diploma |
| Status | In Good Standing |

### Officer Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| PA0220140057S | ADVANCED CERTIFICATE | Career Development | Active |
| PS16100532S | LIDAR (LASER) OPERATOR | Specialized | Active |
| PA01090125S | INTERMEDIATE CERTIFICATE | Career Development | Active |
| PBLE070353S | BASIC LAW ENFORCEMENT | Basic | Active |

### Instructor Certifications

| Code | Description | Issue Date | Expiration Date | Status |
|---|---|---|---|---|
| A013 | Firearms | April 18, 2014 | | Active |
| A013 | General | May 2, 2013 | | Active |

### Employment History

| Agency | Rank | Start Date | End Date | Status |
|---|---|---|---|---|
| DEKALB COUNTY POLICE DEPARTMENT | Peace Officer | August 14, 2006 | | Actively Employed in Law Enforcement |

### Sanctions
None Found

### Investigations
None Found

### Training History

| Date | Number | Course | Hours |
|---|---|---|---|
| July 30, 2015 | CAM11G | SUPERVISION LEVEL II (GPSTC 2013) | 40 |
| July 9, 2015 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| June 10, 2015 | ITE10G | TRAFFIC ENFORCEMENT NETWORK TRNG | 2 |
| June 4, 2015 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 8 |
| March 26, 2015 | CAM10G | SUPERVISION LEVEL 1 (GPSTC 2013) | 40 |
| March 12, 2015 | NX100G | DRUGS | 24 |

| Date | Code | Course | Hours |
|---|---|---|---|
| January 5, 2015 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| | | 2015 Total Hours : 116 | |
| July 29, 2014 | UFR00F | FIREARMS REQUALIFICATIONS | 8 |
| July 22, 2014 | IGB28G | SECURITY AND INTEGRITY OF CHRI (3 HR) | 3 |
| July 22, 2014 | IGB21G | GCIC INQUIRY TERMINAL OPERATOR RECERTIFICATION | 2 |
| April 16, 2014 | ITE00G | TRAFFIC ENFORCEMENT | 2 |
| April 15, 2014 | IAB00G | HEALTH, WELLNESS, & PHYSICAL FITNESS | 2 |
| April 15, 2014 | ILQ00G | SEARCH AND SEIZURE | 2 |
| April 15, 2014 | ICC05G | CRISIS INTERVENTION SKILLS | 3 |
| April 15, 2014 | IDG16G | TASER RECERTIFICATION | 2 |
| April 15, 2014 | IDA02G | EXPANDABLE BATON INSERVICE | 2 |
| April 15, 2014 | IDD07D | DEFENSIVE TACTICS | 2 |
| April 15, 2014 | IFM22G | USE OF DEADLY FORCE | 1 |
| April 15, 2014 | NQM17G | FINANCIAL PLANNING | 3 |
| April 15, 2014 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| April 11, 2014 | SIF04F | FIREARMS INSTRUCTOR COURSE | 80 |
| March 31, 2014 | IFM22G | USE OF DEADLY FORCE | 1 |
| March 7, 2014 | NTM24G | CONCEALMENT TECHNIQUES | 16 |
| January 13, 2014 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| | | 2014 Total Hours : 131 | |
| November 12, 2013 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 8 |
| October 17, 2013 | CAG02G | CRIME SCENE PROCESSING | 24 |
| March 8, 2013 | IFM22F | USE OF DEADLY FORCE | 1 |
| March 8, 2013 | IDD07D | DEFENSIVE TACTICS | 3 |
| March 8, 2013 | IDA02G | EXPANDABLE BATON INSERVICE | 2 |
| March 8, 2013 | IDG16G | TASER RECERTIFICATION | 3 |
| March 7, 2013 | ICD00G | DOMESTIC VIOLENCE | 2 |
| March 7, 2013 | ILM12G | LEGAL ISSUES | 1 |
| March 7, 2013 | IBM59G | HUMAN TRAFFICKING | 2 |
| March 7, 2013 | ILQ00G | SEARCH AND SEIZURE | 2 |
| March 7, 2013 | IAB00G | HEALTH, WELLNESS, & PHYSICAL FITNESS | 2 |
| January 28, 2013 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| January 25, 2013 | SII01G | INSTRUCTOR TRAINING COURSE | 80 |
| | | 2013 Total Hours : 131 | |
| October 31, 2012 | NTO01G | PATROL INVESTIGATIVE TECHNIQUES | 24 |
| August 14, 2012 | IGB21G | GCIC INQUIRY TERMINAL OPERATOR RECERTIFICATION | 2 |
| August 14, 2012 | IGB13G | SECURITY AND INTEGRITY OF CHRI | 4 |
| August 7, 2012 | ITE00G | TRAFFIC ENFORCEMENT | 2 |
| July 2, 2012 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 29, 2012 | CAK01F | ADVANCED FIREARMS | 32 |
| March 15, 2012 | IKV12G | ACTIVE SHOOTER RESPONSE | 6 |
| March 15, 2012 | IHQ05G | HOMELAND SECURITY | 3 |
| March 14, 2012 | IDA02D | EXPANDABLE BATON INSERVICE | 2 |
| March 14, 2012 | IDG16G | TASER RECERTIFICATION | 1 |
| March 14, 2012 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| March 14, 2012 | IFM22G | USE OF DEADLY FORCE | 1 |

Benton POST 0002
Requestor IP Address: 192.168.1.131

| Date | Code | Course | Hours |
|---|---|---|---|
| March 14, 2012 | ITU02G | FELONY TRAFFIC STOPS | 2 |
| March 14, 2012 | ICD05G | ELDER ABUSE | 1 |
| March 14, 2012 | ITI06G | ACCIDENT SCENE SAFETY | 1 |
| January 6, 2012 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| | | | 2012 Total Hours : 84 |
| November 8, 2011 | CAI02G | INTERVIEWS AND INTERROGATIONS | 24 |
| September 13, 2011 | IDA00D | ASP BATON | 2 |
| September 13, 2011 | IDD07D | DEFENSIVE TACTICS | 5 |
| September 13, 2011 | IFM22G | USE OF DEADLY FORCE | 1 |
| September 13, 2011 | IDG02G | TASER | 1 |
| September 12, 2011 | NGW00G | MENTAL HEALTH ISSUES | 1 |
| September 12, 2011 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 8 |
| August 12, 2011 | NXI08G | PATROL INTERDICTION | 24 |
| July 29, 2011 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| June 28, 2011 | INS05G | GA. STATE PATROL INSERVICE | 3 |
| April 21, 2011 | NTM06G | COMMERCIAL VEHICLE INTERDICTION | 24 |
| March 2, 2011 | CAH02G | SPECIALIZED PATROL TECHNIQUES | 16 |
| January 31, 2011 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| | | | 2011 Total Hours : 111 |
| November 10, 2010 | ITM07G | STOP STICK TRAINING | 2 |
| November 10, 2010 | ICD05G | ELDER ABUSE | 1 |
| November 10, 2010 | IDA01G | ASP BATON RECERTIFICATION | 1 |
| November 10, 2010 | IFM22F | USE OF DEADLY FORCE | 1 |
| November 10, 2010 | NOD37G | INTERNAL AFFAIRS UPDATE | 1 |
| November 10, 2010 | IDG02G | TASER | 3 |
| October 13, 2010 | IFS02F | SEMIAUTO PISTOL TRANSITION (W/minimum 1 Hr FA REQUAL) | 18 |
| September 28, 2010 | AGB08G | TERMINAL OPERATOR INQUIRY CERT. | 18 |
| September 28, 2010 | NOC38G | GCIC SECURITY & INTEGRITY | 4 |
| July 20, 2010 | ISD01T | DRIVER TRAINING | 7 |
| July 16, 2010 | ITM39G | NAS TRAINING (STATE) | 40 |
| June 25, 2010 | ITM37G | NORTH AMERICAN STANDARD PART B | 40 |
| June 18, 2010 | ITM36G | NORTH AMERICAN STANDARD PART A | 40 |
| June 1, 2010 | NTM17G | FEDERAL MOTOR CARRIER SAFETY UPDATE | 4 |
| January 20, 2010 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| January 13, 2010 | ATL01R | LIDAR SPEED MEASUREMENT | 8 |
| January 7, 2010 | IDG02G | TASER | 9 |
| | | | 2010 Total Hours : 198 |
| October 30, 2009 | ACD08G | L.E. OFFICER'S RESPONSE TO DOM. VIOL | 40 |
| August 19, 2009 | CAJ02G | SEARCH WARRANTS AND AFFIDAVITS | 16 |
| August 18, 2009 | INM00G | DEPARTMENTAL INSERVICE TRAINING | 2 |
| August 4, 2009 | AWI01G | INTOXIMETER MODEL 5000 CERTIFICATION | 16 |
| July 31, 2009 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| June 12, 2009 | NIM04G | FTO UPDATE | 3 |
| April 9, 2009 | CAF02G | ADVANCED TRAFFIC LAW | 24 |
| March 10, 2009 | INM11G | DEKALB CO. POLICE ANNUAL INSERVICE | 8 |
| March 10, 2009 | IFM22G | USE OF DEADLY FORCE | 1 |

| Date | Code | Course | Hours |
|---|---|---|---|
| January 30, 2009 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |

2009 Total Hours : 112

| Date | Code | Course | Hours |
|---|---|---|---|
| October 24, 2008 | SAQ07G | FIELD TRAINING OFFICER (GSP) | 40 |
| October 6, 2008 | INM11G | DEKALB CO. POLICE ANNUAL INSERVICE | 9 |
| October 6, 2008 | IFM22G | USE OF DEADLY FORCE | 1 |
| October 1, 2008 | AGB11G | TERMINAL OPERATOR RECERTIFICATION | 2 |
| October 1, 2008 | AGB02G | SECURITY & INTEGRITY OF CJ INFORMATI | 4 |
| September 19, 2008 | IFL03F | PATROL RIFLE | 40 |
| July 31, 2008 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| April 3, 2008 | INM11G | DEKALB CO. POLICE ANNUAL INSERVICE | 9 |
| January 31, 2008 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |

2008 Total Hours : 107

| Date | Code | Course | Hours |
|---|---|---|---|
| September 5, 2007 | INM11G | DEKALB CO. POLICE ANNUAL INSERVICE | 9 |
| July 30, 2007 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| June 7, 2007 | ITU00G | VEHICLE PULLOVERS | 4 |
| June 7, 2007 | IDA00G | ASP BATON | 1 |
| June 7, 2007 | IKV12G | ACTIVE SHOOTER RESPONSE | 4 |
| May 8, 2007 | IFM22G | USE OF DEADLY FORCE | 3 |
| February 16, 2007 | BML06G | BASIC LAW ENFORCEMENT TRAINING CRS. | 408 |
| February 16, 2007 | BMS05G | DEKALB CO. P.D. EXTENDED BASIC | 279 |
| January 11, 2007 | CAE01G | OFFICER SURVIVAL | 40 |
| January 2, 2007 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 8 |

2007 Total Hours : 757

| Date | Code | Course | Hours |
|---|---|---|---|
| December 31, 2006 | PAV14E | NO WAIVER NECESSARY - NOT EMPLOYED AS PEACE OFC THIS YR | 20 |
| December 29, 2006 | CAA01G | CRIMINAL PROCEDURE | 40 |
| December 15, 2006 | AWS93G | STANDARDIZED FIELD SOBRIETY TESTING | 16 |
| December 8, 2006 | CAD01E | FIRST RESPONDER | 40 |
| November 30, 2006 | ADA02D | ASP TACTICAL BATON BASIC | 8 |
| November 27, 2006 | CAC01G | INTERPERSONAL RELATIONS/CRISIS | 8 |
| November 17, 2006 | IDD05D | S.S.G.T. DEFENSIVE TACTICS | 32 |
| November 3, 2006 | AGB02G | SECURITY & INTEGRITY OF CJ INFORMATI | 4 |
| November 3, 2006 | AGB13G | TERMINAL OPERATOR CERTIFICATION | 35 |
| October 27, 2006 | IYG03G | VERBAL JUDO | 8 |
| October 12, 2006 | CAL02G | ADVANCED REPORT WRITING | 16 |
| September 20, 2006 | CAB01G | HEALTH AND WELLNESS AWARENESS | 22 |

2006 Total Hours : 249

### Summary of Hours for 10 Years

| Year | Hours |
|---|---|
| 2015 | 116 |
| 2014 | 131 |
| 2013 | 131 |
| 2012 | 84 |
| 2011 | 111 |
| 2010 | 198 |

Benton POST 0004
Requestor IP Address: 192.168.1.131

| | |
|---|---|
| 2009 | 112 |
| 2008 | 107 |
| 2007 | 757 |
| 2006 | 249 |
| **Grand Total of Hours** (all years and courses) | 1,996 |

Benton POST 0005
Requester IP Address: 192.168.1.131