



PLAINTIFF'S EXHIBIT 6 CB