IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARY JO BRADLEY,** *as Administrator of the Estate of Troy Robinson;* **R. B.; R. B.; T. B.; J. B.; G. B.,** *through their mother and next friend* **RAKISHA BANDY**; **A. D.; A. D.; A. D.,** *through their mother and next friend* **D'ROSA DAVIS**; and **T. D.,** *through his/her mother and next friend* **TAKITA DODSON**,<br>    Plaintiffs,<br><br>v.<br><br>**OFFICER CASEY BENTON,**<br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-1518-CAP |

### ORDER ADMINISTRATIVELY CLOSING CASE

The Court has been advised by the Magistrate Judge to whom this case was referred for mediation that the above-styled action has been settled and that formal documentation of settlement is expected to be concluded shortly. It therefore is not necessary for the action to remain on the Court's calendar or active docket.

Accordingly, **IT IS HEREBY ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, anytime within the next **FORTY-FIVE (45) DAYS**, to reopen this action or vacate this order of dismissal.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary.  If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted by this Order, the action will be dismissed with prejudice.

Let a copy of this order be served upon counsel for the parties.

**IT IS SO ORDERED**, this 11th day of February, 2022.

                                           **/s/CHARLES A. PANNELL, JR.**
                                           **CHARLES A. PANNELL, JR.**
                                           **UNITED STATES DISTRICT JUDGE**